UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

SHANNON BRUCE MORLEY,

                    Petitioner,          NO.  CV-05-5050-MWL

     vs.                                  ORDER ADOPTING REPORT AND
                                          RECOMMENDATION AND DISMISSING
FEDERAL BUREAU OF                         PETITION
PRISONS/WASHINGTON STATE
DEPARTMENT OF CORRECTIONS,

                    Respondent.

     Magistrate Judge Leavitt filed a Report and Recommendation on May
12, 2005, recommending Mr. Morley's habeas corpus petition be denied
and dismissed pursuant to Rule 4, Rules Governing Section 2254 Cases
in the United States District Courts.  There being no objections, the
court **ADOPTS** the Report and Recommendation.  The Petition is **DENIED**
and **DISMISSED.**

     **IT IS SO ORDERED**.  The District Court Executive is directed to
enter this Order, enter judgment, forward a copy to Petitioner and
close the file.

     **DATED** this 2nd day of June 2005.


                         s/ ROBERT H. WHALEY
                    UNITED STATES DISTRICT JUDGE


ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION -- 1